UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3535**

Case Title: **Redden** vs. **Baird, et al.**

List all clients you represent in this appeal:

**Michael Redden**

☑ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent     ☐ Intervenor            (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joshua Engel**     Signature: s/ **Joshua Engel**

Firm Name: **Engel & Martin, LLC**

Business Address: **4660 Duke Drive**

City/State/Zip: **Mason, OH  45040**

Telephone Number (Area Code): **513-445-9600**

Email Address: **engel@engelandmartin.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17