OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

CATHERINE C. GEYER　　　　　　**100 EAST FIFTH STREET**　　　　　TELEPHONE (513) 564-7330
 *Chief Circuit Mediator*　　　　　**CINCINNATI, OHIO  45202-3988**　　　　FAX (513) 564-7349
KATHRYN L. WOLLENBURG　　　CA06-MEDIATION@CA6.USCOURTS.GOV
SCOTT COBURN
JOHN A. MINTER

June 16, 2026

Joshua Adam Engel
Dawn M. Frick

　　　Re:  *Michael Redden v. Tim Baird, et al,* CA No. 26-3535

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

DATE AND TIME

　　　Pursuant to Federal Rule of Appellate Procedure 33 and Sixth Circuit Rule 33, an **IN-PERSON** mediation conference has been scheduled in this case for **July 15, 2026** at **9:30 AM  EASTERN TIME**. Please report to **Room 331, Potter Stewart U.S. Courthouse, Fifth and Walnut Streets, Downtown Cincinnati, Ohio 45202**.  The attendees should be listed on the Confidential Mediation Background Information Form, which you are required to submit by **July 8, 2026** (see additional information regarding Mediation Background Information Forms below.)  **A photo ID is required** for entry to the Courthouse. See https://www.ohsd.uscourts.gov/ for Courthouse entry updates.

PURPOSES

　　　There are several purposes for mediation conferences.  One is to prevent unnecessary motions or delay by addressing any **procedural issues** relating to the appeal.  A second is to identify and clarify the main **substantive issues** presented on appeal.  The third and primary purpose is to explore possibilities for **settlement**.  We will discuss in considerable detail the parties' interests and possible bases for resolving the case.  You should be prepared to address all of these matters.  More detailed information about mediation in the Sixth Circuit can be found on our website under the tab *About Mediation Conferences* located at https://www.ca6.uscourts.gov/mediation.

PARTICIPATION BY COUNSEL

　　　Our goal is to secure the participation of counsel on whose advice the clients will most directly rely in making decisions about settlement.  **If more than one attorney is involved, the attorney with the most direct relationship with the client is required to participate in the conference and should be listed as Lead Mediation Counsel on the Confidential Mediation Background Form**.  **At least one participating attorney MUST file an appearance in this case.**  All attorneys who will participate in the conference must be listed on the Form, along with their contact information.

CLIENT PARTICIPATION

Settlement decisions are necessarily made in close consultation with clients, so their attendance/ participation in mediation is strongly encouraged and expected.  If you believe this is the unusual case in which such participation would be counterproductive, contact the mediator directly before the conference to discuss your concerns.  Even in those cases, however, your client should remain available by telephone for the entirety of the conference.

RESCHEDULING

If the date and time of the mediation conference present an unavoidable conflict with a previously scheduled court appearance or commitment, you are required to contact the Mediation Administrator, Connie Weiskittel, at CA06-Mediation@ca6.uscourts.gov, by **June 22, 2026** to advise of the conflict and request that the mediation conference be rescheduled.  When we are notified of such conflicts in a timely manner, we will provide you with alternative dates and times.  You are then responsible for contacting opposing counsel to inquire as to their availability — until a new date is determined, the mediation will go forward as originally scheduled.  Once you advise our office of the new date and time, we will then send a notice confirming the change.

Be advised that we may be unable to accommodate untimely requests for rescheduling.

CONFIDENTIAL MEDIATION BACKGROUND INFORMATION FORM

All parties are required to submit a Mediation Background Information Form by **July 8, 2026**, which can be downloaded from the Court's website.  **Please submit the Form directly to the Mediation Office by email, fax or mail — do NOT file or otherwise disclose it to the Court**.  Providing all of the requested information and submitting the Form in a timely manner is essential to maximizing the likelihood of success in mediation.  Except to the extent authorized by counsel, information in the Form will be held confidential and will not be shared with other parties or their counsel.

Thank you for your careful attention to these matters.

Sincerely,

John Minter

lmr