OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

CATHERINE C. GEYER
 *Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

June 18, 2026

Joshua Adam Engel
Dawn M. Frick

Re:  *Michael Redden v. Tim Baird, et al,* CA No. 26-3535

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this is to confirm that the in-person mediation conference has been converted to a **video** mediation conference scheduled for **July 15, 2026**, at **9:30 a.m. EASTERN TIME** with John Minter.  **A video conference invitation will be sent to counsel.**  You should allow at least two hours for the conference.

To ensure a quality and effective online mediation experience, the following are expected:

1.  Access to a computer with a camera, microphone, and sufficient battery life for a two-hour conference;
2.  A stable, secure internet connection;
3.  A fixed, quiet place to engage in mediation; and
4.  A technology hiatus from non-case related email and telephone usage during the mediation.

If any of the above items cannot be met, contact the Mediation Office to discuss.

**Recording of the mediation conference is prohibited.  All persons participating or present in the mediation conference must be identified and agree to the confidentiality provisions regarding mediation communications.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:    John A. Minter