UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __26-3535__

Case Title: __Michael Redden__ vs. __Tim Baird, et al.__

List all clients you represent in this appeal:

**Tim Baird, Ross Township (OH)**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee    ☐ Respondent    ☐ Intervenor    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Justin R. Marks (0103811)__    Signature: s/ __Justin R. Marks__

Firm Name: __Surdyk, Dowd & Turner Co. L.P.A.__

Business Address: __8163 Old Yankee Street, Suite C__

City/State/Zip: __Dayton, OH 45458__

Telephone Number (Area Code): __(937) 222-2333__

Email Address: __jmarks@sdtlawyers.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17