UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __26-3535__

Case Title: __Michael Redden__ vs. __Tim Baird, et al.__

List all clients you represent in this appeal:

__Tim Baird, Ross Township (OH)__

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☑ Appellee       ☐ Respondent      ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Dawn M. Frick__          Signature: s/ __Dawn M. Frick__

Firm Name: __Surdyk, Dowd & Turner Co. L.P.A.__

Business Address: __8163 Old Yankee Street, Suite C__

City/State/Zip: __Dayton, OH 45458__

Telephone Number (Area Code): __(937) 222-2333__

Email Address: __dfrick@sdtlawyers.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17